IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-11-0941 |
| | § | |
| REAL PROPERTY AND IMPROVEMENTS | § | |
| AT 6810 AVENUE L, HOUSTON, TEXAS | § | |
| 77011 AND 6816 AVENUE L, HOUSTON, | § | |
| TEXAS 77011, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT OF FORFEITURE AGAINST 6810 AVENUE L, HOUSTON, TEXAS 77011 AND 6816 AVENUE L, HOUSTON, TEXAS 77011

Came on for consideration the United States' and the Harris County Taxing Authorities' Joint Motion for Agreed Final Judgment of Forfeiture Against 6810 Avenue L, Houston, Texas 77011 and 6816 Avenue L, Houston, Texas 77011. Having reviewed the motion and the applicable law, and finding that: (1) proper notice of this forfeiture action was published and served upon all potential claimants in accordance with the applicable law; (2) the time for filing a claim or asserting an interest in the properties subject to forfeiture has expired; (3) the only claimants asserting an interest in the properties subject to forfeiture are Silvana Villanueva and the Harris County Taxing Authorities (Houston ISD, Harris County, Harris County Flood Control District, Port of Houston Authority, Harris County Hospital District, Harris County Department of Education, Houston Community College System, City of Houston, and Greater East End Management District, which are collectively referred to herein as the "Harris County Taxing Authorities"); and (4) all right, title, and interest in the properties subject to forfeiture are forfeited to the United States under 21 U.S.C.

§ 881(a)(7), subject only to the claim(s) of the Harris County Taxing Authorities; this Court determines that the motion should be GRANTED. It is therefore

ORDERED that all right, title, and interest in the following properties are vested in the United States of America:

- A. real property and improvements located at 6810 Avenue L, Houston, Texas 77011, and more fully described as Lots 29 and 30 in Block 103, of Central Park, a subdivision in Harris County, Texas, according to the Map Plat thereof recorded in Volume 5, Page 23 of the Map Records of Harris County, Texas (hereinafter "6810 Avenue L Property"); and

- B. real property and improvements located at 6816 Avenue L, Houston, Texas 77011, and more fully described as Lots 31 and 32 in Block 103, of Central Park, a subdivision of Harris County, Texas, according to the Map Plat thereof recorded in Volume 5, Page 23 of the Map Records of Harris County, Texas (hereinafter "6816 Avenue L Property").

It is further

ORDERED that he United States will sell the 6810 Avenue L Property and the 6816 Avenue L Property and, at closing, pay:

- A. real estate commissions, seller's closing costs, and all other expenses incurred by the United States Marshals Service in connection with the maintenance, repair, insurance, marketing, and sale of the 6810 Avenue L Property and the 6816 Avenue L Property; and

- B. ad valorem taxes due and owning to the Harris County Taxing Authorities through the date of this Final Judgment of Forfeiture together with interest as allowed by law.

It is further

ORDERED that, after all the foregoing disbursements have been paid, the United States Marshals Service will dispense or dispose of the remaining net sale proceeds in accordance with the applicable forfeiture laws.

THIS IS A FINAL JUDGMENT.

Signed at Houston, this 13th day of July, 2012.

_____
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE